UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JOSE GONZALEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CAUSE OF ACTION: |
| v. | § | |
| | § | JURY TRIAL REQUESTED |
| BOBBY LUMPKIN; WARDEN JAMES | § | |
| BOWMAN; RICHARD MINTON; | § | Civil Action No. 6:21-cv-00351 |
| ROBERT COUSINS; CHRISTOPHER | § | |
| JAYNES; CECIL HASTINGS; and | § | |
| OFFICER PATRICK SHUMATE, | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF JOINT PROPOSED SCHEDULING ORDER

The parties respectfully submit the attached proposed scheduling order, which the parties have agreed to.

The parties have proposed dates in italicized text where they believe those dates would be more appropriate than the default dates in the District Court's form order. In particular, the parties request that the expert deadline be close to the end of the discovery period so that the experts can consider a mostly developed factual record, and that the mediation deadline be later in the process as the parties anticipate a higher likelihood of success at that time.

The parties respectfully request that the Court enter the attached order.

Dated: November 19, 2021.

Respectfully submitted,

By: /s/ Jeff Edwards
JEFF EDWARDS
State Bar No. 24014406
DAVID JAMES
State Bar No. 24092572
**EDWARDS LAW**
603 W 17th St.
Austin, TX 78701
Tel. 512-623-7727
Fax. 512-623-7729
jeff@edwards-law.com
david@edwards-law.com

**ATTORNEYS FOR PLAINTIFF**


By: /s/ Evan Weltge
**EVAN W. WELTGE**
Assistant Attorney General
Texas State Bar No. 24110523
evan.weltge@oag.texas.gov
**CHRISTIN COBE VASQUEZ**
Assistant Attorney General
Law Enforcement Defense Division
Texas State Bar No. 24074047
christin.vasquez@oag.texas.gov

Law Enforcement Defense Division
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548
Austin, TX 78711-2548
(512) 463-2080 / Fax (512) 370-9323

**ATTORNEYS FOR DEFENDANTS**

CERTIFICATE OF SERVICE

By my signature above, I certify that a true and correct copy of the foregoing has been served on all counsel of record through the Electronic Case Files System of the Eastern District of Texas.

By /s/ Jeff Edwards
JEFF EDWARDS